**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HASAN PIKER,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT JENNINGS,<br><br>Defendant. | Case No. 1:26-cv-03770-APM |

**NOTICE OF APPEARANCE**

Benjamin G. Chew and Andrew C. Crawford hereby enter their appearances on behalf of Defendant Jeffrey Scott Jennings in the above-captioned matter.

Respectfully submitted,

*(s) Benjamin G. Chew*
Benjamin G. Chew (D.C. Bar # 418577)
Andrew C. Crawford (D.C. Bar # 1032080)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
Telephone: (202) 747-1900
Email: bchew@sheppard.com
acrawford@sheppard.com

*Counsel for Defendant*
*Jeffrey Scott Jennings*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that this Notice of Appearance was filed via the ECF system and sent via email to each of the following:

Daniel P. Watkins, Esq.
B. Gammon Fain, Esq.
MEIER WATKINS PHILLIPS PUSCH LLP
1120 20th Street, N.W.
Suite 550
Washington, D.C. 20036
Telephone: (202) 318-3655
Email: daniel.watkins@mwpp.com
gammon.fain@mwpp.com

*(s) Benjamin G. Chew*
Benjamin G. Chew