**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HASAN PIKER,<br>Plaintiff,<br>v.<br>JEFFERY SCOTT JENNINGS,<br>Defendant. | Case No. 1:26-cv-03770-APM<br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANT'S MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Jeffery Scott Jennings, by and through his undersigned counsel, hereby respectfully moves to dismiss the complaint in this action for failure to state a claim. The grounds for this motion are more fully set forth in the accompanying memorandum of points and authorities.[*]

Pursuant to Local Civil Rule 7(f), Mr. Jennings respectfully requests an oral hearing on this motion.

//

//

[*] Plaintiff has refused to permit undersigned counsel to accept service of process on behalf of Mr. Jennings, insisting instead on personal service. This motion obviates the need to further pursue service. *See, e.g.*, *Placide Ayissi-Etoh v. Mae*, 49 F. Supp. 3d 9, 12 (D.D.C. 2014) (holding that filing of motion to dismiss that does not raise service defect waives any such argument).

Date: November 10, 2026

By: JEFFERY SCOTT JENNINGS

*/s/ Benjamin G. Chew*
Benjamin G. Chew, Esq. (DC Bar # 418577)
Andrew C. Crawford, Esq. (DC Bar # 1032080)
Peter B. Baumhart, Esq. (*pro hac vice* forthcoming)
Nina C. Franco, Esq. (DC Bar # 90022022)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006
Tel: (202) 747-1900
Fax: (202) 747-1901
bchew@sheppard.com
acrawford@sheppard.com
pbaumhart@sheppard.com
nfranco@sheppard.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on November 10, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will provide electronic notice to all counsel of record.

*/s/Benjamin G. Chew*
Benjamin G. Chew, Esq.