**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

HASAN PIKER,

Plaintiff,

v.

JEFFERY SCOTT JENNINGS,

Defendant.

Case No. 1:26-cv-03770-APM

**[PROPOSED] ORDER**

This matter is before the Court on Defendant Jeffery Scott Jennings's motion to dismiss. Upon consideration of the motion, and the entire record, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that the Complaint is dismissed. The Clerk of the Court shall close this case.

SO ORDERED this ____ day of ________________________, 2026.

_______________________________
AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE